1   Marc Van Der Hout (California Bar # 80778)
    Zachary Nightingale (California Bar #184501)
2   Avantika Shastri (California Bar # 233453)
    Van Der Hout, Brigagliano & Nightingale, LLP
3   180 Sutter Street, Fifth Floor
    San Francisco, California 94104
4   Telephone: (415) 981-3000
    Facsimile: (415) 981-3003
5   Email: ndca@vblaw.com
6
    Attorneys for Petitioners
7   Graham SIMPSON, and
    Barbara DAVISON
8

ORIGINAL
FILED

SEP 2 7 2007

E-filing    RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9           UNITED STATES DISTRICT COURT FOR THE

10              NORTHERN DISTRICT OF CALIFORNIA

11  Graham SIMPSON, and                    Case No. _____ 5008

12  Barbara DAVISON

13          Petitioners,                   DECLARATION OF JSW
                                           ZACHARY
14              v.                         NIGHTINGALE IN
                                           SUPPORT OF PETITION
15                                         FOR WRIT OF
    Robin BARRETT, in her Official Capacity, Field   MANDAMUS
16  Office Director, U.S. Citizenship and Immigration
    Services, U.S. Department of Homeland Security, San   Immigration Case, Administrative
17  Francisco, California; Rosemary MELVILLE, in her   Procedure Act Case
    Official Capacity, District Director, U.S. Citizenship
18  and Immigration Services, U.S. Department of
    Homeland Security, San Francisco, California; Emilio   Agency No.: A 98-256-652
19  T. GONZALEZ, in his Official Capacity, Director,
    U.S. Citizenship and Immigration Services, U.S.
20  Department of Homeland Security; Michael
    CHERTOFF, in his Official Capacity, Secretary, U.S.
21  Department of Homeland Security; Peter D.
    KEISLER, in his Official Capacity, U.S. Attorney
22  General, U.S. Department of Justice; and Robert S.
    MUELLER, III, in his Official Capacity, Director,
23  Federal Bureau of Investigation
24
25          Respondents.
26
27
28

## DECLARATION OF ZACHARY NIGHTINGALE

I, Zachary Nightingale, hereby declare the following:

1.    I am an attorney and partner at Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.  I make this declaration in support of Petitioners Barbara DAVISON and Graham SIMPSON's Petition for Writ of Mandamus.  Unless otherwise stated, I received the documents described from Petitioners in connection with Van Der Hout, Brigagliano and Nightingale's representation of him in this case.

2.    Petitioner Simpson is a 49-year-old native and citizen of the United Kingdom. He first entered the United States on December 4, 1987 on a visitor's (B-2) visa. That visa was valid until June 3, 1988.  On or about May 31, 1988, he filed an application to change his status of a treaty investor (E-2), based on his establishment of a restaurant in Kensington, California.  That application was terminated on or about December 5, 1989. He has not left the United States since that date. A copy of Petitioner Simpson's Form I-94, authorizing these status changes, is attached as Exhibit A.

3.    Petitioner Simpson married Petitioner Davison on October 11, 2002, in San Francisco, California.  A copy of their marriage certificate is attached as Exhibit B.

4.    On or about September 14, 2004, Petitioner Davison filed an I-130 Visa Petition on behalf of Petitioner Simpson to the United States Citizenship and Immigration Services ("U.S. CIS"), and Petitioner Simpson concurrently filed an adjustment of status application (Form I-485).  A copy of the I-130 visa petition is attached as Exhibit C, and a copy of the adjustment application is attached as Exhibit D.  The supporting documentation is not attached.  A copy of a receipt from U.S. CIS, showing that the filing fee for the I-130 petition ($185.00) and the adjustment of status application ($315 and $70 for fingerprinting) was paid on September 14, 2004, is attached as Exhibit E.

5.  On or about November 12, 2004, Petitioners received a notice from U.S. CIS that the application for adjustment of Status had been received.  A copy of that notice is attached as Exhibit F.

6.  On or about February 9, 2005, Petitioners were interviewed at the USCIS San Francisco District Office in regards to the adjustment application.  A copy of their interview notice is attached as Exhibit G.

7.  After the interview on February 9, 2005, Petitioners were given a notice informing them that the application would be adjudicated pending completion of the background check.  A copy of that notice is attached as Exhibit H.   Petitioner Simpson was also requested to complete a Form I-508A in support of his application for a treaty investor (E) visa.  A copy of the request and a confirmation by his prior counsel, showing that the Form was submitted on February 18, 2005, is attached as Exhibit I.

8.  According to the USCIS website, as of September 15, 2007, the agency's processing timeframe for AOS applications, such as Petitioner Simpson's, is six months.  A copy of the U.S. CIS's processing time frames at the San Francisco district office is attached as Exhibit J.


I declare under penalty of perjury that the above information is true and correct to the best of my knowledge.  Executed this 27th day of September, 2007 at San Francisco, California.

Zachary Nightingale
Declarant

EXHIBIT A

Departure Number

**614146877 00**

U.S. IMMIGRATION
160 LOS 2406

Immigration and
Naturalization Service

DEC - 4 1987

ADMITTED B-2

I-94
Departure Record

UNTIL

(CLASS)

JUN 3 1988

14. Family Name

S I M P S O N

15. First (Given) Name

G R A H A M

16. Birth Date (Day/Mo/Yr)

03 25 53

17. Country of Citizenship

B R I T A I N

See Other Side                    STAPLE HERE

Warning - A nonimmigrant who accepts unauthorized employment is subject to deportation.

Important - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

Surrender this permit when you leave the U.S.:
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

### Record of Changes

COS to E-2 on 12/5/88

EOS to 6/5/89 on 12/5/88

Departure Record

Port:

Date: **NOTE: YOU MUST OBTAIN A NEW VISA TO REENTER THIS COUNTRY IN YOUR PRESENT STATUS.**

Carrier:

Flight # /Ship Name:

EXHIBIT B



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# CITY and COUNTY of SAN FRANCISCO

## LICENSE AND CERTIFICATE OF MARRIAGE 4 2 0 0 2 3 8 0 0 4 9 2 3

MUST BE LEGIBLE - MAKE NO ERASURES, WHITEOUTS OR OTHER

| | STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER |
|---|---|---|---|

**GROOM PERSONAL DATA**

| 1A. NAME OF GROOM - FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2. DATE OF BIRTH - MONTH, DAY, YEAR |
|---|---|---|---|
| GRAHAM | BARCLAY | SIMPSON | 03/25/1958 |

| 3A. RESIDENCE - STREET AND NUMBER | 3B. CITY | 3C. ZIP CODE | 3D. COUNTY - OUTSIDE CALIFORNIA, ENTER STATE | 4. STATE OF BIRTH |
|---|---|---|---|---|
| 919 SHEVLIN DR | EL CERRITO | 94530 | CONTRA COSTA | ENGLAND |

| 5. MAILING ADDRESS - IF DIFFERENT | 6. NUMBER OF PREVIOUS MARRIAGES | 7A. LAST MARRIAGE ENDED BY: | 7B. DATE - MONTH, DAY, YEAR |
|---|---|---|---|
| - | 1 | ☐ DEATH ☒ DISSOLUTION ☐ ANNULMENT | 01/16/1990 |

| 8A. USUAL OCCUPATION | 8B. USUAL KIND OF BUSINESS OR INDUSTRY | 9. EDUCATION - YEARS COMPLETED |
|---|---|---|
| BUSINESS OWNER | RESTAURANT | 14 |

| 10A. FULL NAME OF FATHER | 10B. STATE OF BIRTH | 11A. FULL MAIDEN NAME OF MOTHER | 11B. STATE OF BIRTH |
|---|---|---|---|
| BARRIE SIMPSON | ENGLAND | DOREEN BROOME | ENGLAND |

**BRIDE PERSONAL DATA**

| 12A. NAME OF BRIDE - FIRST (GIVEN) | 12B. MIDDLE | 12C. CURRENT LAST (FAMILY) | 12D. MAIDEN LAST (FAMILY) (IF DIFFERENT THAN 12C) | 13. DATE OF BIRTH - MONTH, DAY, YEAR |
|---|---|---|---|---|
| BARBARA | JUNE | DAVISON | | 06/22/1951 |

| 14A. RESIDENCE - STREET AND NUMBER | 14B. CITY | 14C. ZIP CODE | 14D. COUNTY - OUTSIDE CALIFORNIA, ENTER STATE | 15. STATE OF BIRTH |
|---|---|---|---|---|
| 919 SHEVLIN DR | EL CERRITO | 94530 | CONTRA COSTA | MICHIGAN |

| 16. MAILING ADDRESS - IF DIFFERENT | 17. NUMBER OF PREVIOUS MARRIAGES | 18A. LAST MARRIAGE ENDED BY: | 18B. DATE - MONTH, DAY, YEAR |
|---|---|---|---|
| - | 1 | ☐ DEATH ☒ DISSOLUTION ☐ ANNULMENT | 04/22/1996 |

| 19A. USUAL OCCUPATION | 19B. USUAL KIND OF BUSINESS OR INDUSTRY | 20. EDUCATION - YEARS COMPLETED |
|---|---|---|
| BUSINESS OWNER | HOME RENOVATION | 16 |

| 21A. FULL NAME OF FATHER | 21B. STATE OF BIRTH | 22A. FULL MAIDEN NAME OF MOTHER | 22B. STATE OF BIRTH |
|---|---|---|---|
| JULIAN MAURICE DAVISON | ILLINOIS | GENEVA AUGUSTA BENNETT | KENTUCKY |

**AFFIDAVIT**

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE

| 23. SIGNATURE OF GROOM | 24. SIGNATURE OF BRIDE |
|---|---|
| *(signature)* | *Barbara June Davison* |

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

| 25A. ISSUE DATE MONTH, DAY, YEAR | 25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR | 25C. LICENSE NUMBER | 25D. COUNTY OF ISSUE |
|---|---|---|---|
| 10/04/2002 | 01/02/2003 | 02-0005103-00 | San Francisco |
| | | Carl Friedman | BY: JENNIFER VENEGAS, DEPUTY |

**WITNESS(ES) (ONE REQUIRED)**

| 26A. SIGNATURE OF WITNESS | 26B. ADDRESS - STREET AND NUMBER | 26C. CITY, STATE AND ZIP CODE |
|---|---|---|
| *(signature)* | 1210 CORNELL AVE | BERKELEY CA 94707 |

| 27A. SIGNATURE OF WITNESS | 27B. ADDRESS - STREET AND NUMBER | 27C. CITY, STATE AND ZIP CODE |
|---|---|---|
| *(signature)* | 1498 AQUA VISTA RD | RICHMOND CA 94805 |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

| 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE | 29B. RELIGIOUS DENOMINATION (IF CLERGY) |
|---|---|
| *(signature)* | - |

| ON | 10/ MONTH | 11/ DAY | 2002 YEAR | 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) | 29D. OFFICIAL TITLE |
|---|---|---|---|---|---|
| | | | | FLORENCE P. GOLDBERG | Dep. Mar. Com |

| AT | San Francisco CITY OR TOWN | San Francisco COUNTY | CALIFORNIA | 29E. MAILING ADDRESS | 29F. ZIP CODE |
|---|---|---|---|---|---|
| | | | | CITY HALL, #168 SF CA | 94102 |

**LOCAL REGISTRAR OF MARRIAGE (County Recorder)**

| 30A. SIGNATURE OF LOCAL REGISTRAR | 30B. SIGNATURE OF DEPUTY (IF APPLICABLE) | 31. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| *Doris M. Ward* | BY *(signature)* DEPUTY | OCT 1 5 2002 |

State of California, Department of Health Services, Office of State Registrar    VS-117C (1-92)

---

82518

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF SAN FRANCISCO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SAN FRANCISCO ASSESSOR-RECORDER.

*Doris M. Ward*
DORIS M. WARD
SAN FRANCISCO ASSESSOR-RECORDER

ATTEST: *(signature)*

DATE ISSUED OCT 2 9 2002

This copy not valid unless prepared on engraved border displaying date and signature of Deputy Assessor-Recorder.



EXHIBIT C

OMB #1115-0054
**Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY | | |
|---|---|---|
| **A#** | **Action Stamp** | **Fee Stamp** |

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A)Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

**Petition was filed on** _____ (priority date)
- [ ] Personal Interview   [ ] Previously Forwarded
- [ ] Pet.   [ ] Ben. "A" File Reviewed   [ ] I-485 Filed Simultaneously
- [ ] Field Investigation   [ ] 204(g) Resolved
- [ ] 203(a)(2)(A) Resolved   [ ] 203(g) Resolved

**Remarks:**

---

**A. Relationship**   You are the petitioner; your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child | [ ] Yes  [X] No | [ ] Yes  [X] No |

**B. Information about you**

**1. Name** (Family name in CAPS)  (First)  (Middle)
DAVISON    Barbara    June

**2. Address** (Number and Street)  (Apt. No.)
919 Shevlin Drive

(Town or City)  (State/Country)  (Zip/Postal Code)
El Cerrito    CA    94530

**3. Place of Birth** (Town or City)  (State/Country)
Niles    MI, USA

**4. Date of Birth** (Month/Day/Year)
06/22/1951

**5. Gender**
[ ] Male  [X] Female

**6. Marital Status**
[X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

**7. Other Names Used** (including maiden name)
none

**8. Date and Place of Present Marriage** (if married)
10/11/2002; San Francisco, CA

**9. Social Security Number** (if any)
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

**10. Alien Registration Number**

**11. Name(s) of Prior Husband(s)/Wive(s)**
Ray Turner

**12. Date(s) Marriage(s) Ended**
04/22/1996

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
- [X] Birth in the U.S.
- [ ] Naturalization. Give certificate number and date and place of issuance.
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  - [ ] Yes. Give certificate number, date and place of issuance.  [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for, or adjustment to, lawful permanent residence and class of admission.

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
[ ] Yes  [ ] No

**C. Information about your relative**

**1. Name** (Family name in CAPS)  (First)  (Middle)
SIMPSON    Graham    Barclay

**2. Address** (Number and Street)  (Apt. No.)
919 Shevlin Drive

(Town or City)  (State/Country)  (Zip/Postal Code)
El Cerrito    CA    94530

**3. Place of Birth** (Town or City)  (State/Country)
Hyde, Cheshire, England    United Kingdom

**4. Date of Birth** (Month/Day/Year)
03/25/1958

**5. Gender**
[X] Male  [ ] Female

**6. Marital Status**
[X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

**7. Other Names Used** (including maiden name)
none

**8. Date and Place of Present Marriage** (if married)
10/11/2002, San Francisco, CA

**9. Social Security Number** (if any)
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

**10. Alien Registration Number**

**11. Name(s) of Prior Husband(s)/Wive(s)**
Marina Kalkanis

**12. Date(s) Marriage(s) Ended**
01/16/1990

**13. Has your relative ever been in the U.S.?**
[X] Yes  [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she arrived as a:   Visitor cos Treaty Investor (E2)
(visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94)   Date arrived (Month/Day/Year)
6 1 4 __ 1 4 6 8 7 7 0 0    12/04/1987

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
12/05/1989

**15. Name and address of present employer** (if any)
Self - Kensington Circus Restaurant, 389 Colusa Avenue, Kensington, CA USA 94707

Date this employment began (Month/Day/Year)
07/22/1988

**16. Has your relative ever been under immigration proceedings?**
[X] No  [ ] Yes  Where _____  When _____
[ ] Removal  [ ] Exclusion/Deportation  [ ] Recission  [ ] Judicial Proceedings

---

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 06/05/02) Y

**C.  Information about your alien relative (continued)**

17. List husband/wife and all children of your relative.

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) | / |
|---|---|---|---|---|
| none | | | | |

18. Address in the United States where your relative intends to live.

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 919 Shevlin Drive | El Cerrito | CA |

19. Your relative's address abroad. (Include street, city, province and country)

Phone Number (if any)

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.
(Name)   Address (Include street, city, province and country):

21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):

| | | | From:<br>(Month) (Year) | To:<br>(Month) (Year) |
|---|---|---|---|---|
| 919 Shevlin Drive | | | | |
| El Cerrito | CA | USA | Jul. 2002 | present |

22. Complete the information below if your relative is in the United States and will apply for adjustment of status

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the office of the Immigration and

and Naturalization Service in  San Francisco      CA                     If your relative is not eligible for adjustment of status, he or she
                              (City)          (State)

will apply for a visa abroad at the American consular post in _____

(City)                        (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for
processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

**D.  Other information**

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

n/a

2. Have you ever filed a petition for this or any other alien before?    ☐ Yes   ☒ No
   If "Yes," give name, place and date of filing and result.

**WARNING:**  INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family
relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for
the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five
years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:**  I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and
correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to
determine eligibility for the benefit that I am seeking.

**E.  Signature of petitioner.**

_Barbara J. Davison_     Date  9-8-04     Phone Number (510) 525-6705

**F.  Signature of person preparing this form, if other than the petitioner.**

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

| Print Name | Martha E. Friedberg | Signature | _Martha Friedberg_ | Date 09/08/2004 |
|---|---|---|---|---|

Address   Attorney at Law, 1440 Broadway, Suite 615,     G-28 ID or VOLAG Number, if any.  CA83433

Oakland, CA 94612                                                     Form I-130 (Rev. 06/05/02) Y Page 2

EXHIBIT D

OMB No. 1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

Form I-485, Application to Register
Permanent Resident or Adjust Status

## START HERE - Please Type or Print

### Part 1.    Information About You.

| | | |
|---|---|---|
| Family Name: **Simpson** | Given Name: **Graham** | Middle Initial: **B** |

Address - C/O

Street Number and Name: **919 Shevlin Drive**    Apt. #

City: **El Cerrito**

State: **CA**    Zip Code: **94530**

Date of Birth (month/day/year): **03/25/1958**    Country of Birth: **United Kingdom**

Social Security #: **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**    A # (if any)

Date of Last Arrival (month/day/year): **12/04/1987**    I-94 #: **61414687700**

Current INS Status: **E2**    Expires on (month/day/year): **12/05/1989**

### Part 2.    Application Type. *(check one)*

I am applying for an adjustment to permanent resident status because:

a. [X] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Atttach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K- I fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. [ ] I have continuously resided in the U.S. since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____
_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. [ ] I am a native or citizen of Cuba and meet the description in (e), above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

*Continued on back*

---

**FOR INS USE ONLY**

Returned _____    Receipt

Resubmitted _____

Reloc Sent _____

Reloc Rec'd _____

Applicant Interviewed

**Section of Law**
- [ ] Sec. 209(b), INA
- [ ] Sec. 13, Act of 9/11/57
- [ ] Sec. 245, INA
- [ ] Sec. 249, INA
- [ ] Sec. 2 Act of 11/2/66
- [ ] Sec. 2 Act of 11/2/66
- [ ] Other

**Country Chargeable**

**Eligibility Under Sec. 245**
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other _____

**Preference**

**Action Block**

To be Completed by
*Attorney or Representative,* if any

[X] Fill in box if G-28 is attached to represent the applicant.

VOLAG# _____

ATTY State License #: **CA83433**

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3.  Processing Information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No

   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No

   c. been the beneficiary of pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:

   a. espionage? ☐ Yes ☒ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

*Continued on back*

## Part 3. Processing Information

| A. City/Town/Village of Birth  Hyde | Current Occupation  restaurant owner |
|---|---|
| Your Mother's First Name  Doreen | Your Father's First Name  Barrie |

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

Simpson Graham

| Place of Last Entry Into the U.S. (City/State)  Los Angeles, CA | In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Were you inspected by a U.S. Immigration Officer?  [X] Yes  [ ] No | Visitor |
| Nonimmigrant Visa Number  709665 | Consulate Where Visa Was Issued  London |
| Date Visa Was Issued  (month/day/year)   03/18/1985 | Sex:  [X] Male  [ ] Female | Marital Status  [X] Married  [ ] Single  [ ] Divorced  [ ] Widowed |

Have you ever before applied for permanent resident status in the U.S.? [X] No [ ] Yes If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Davison | Barbara | J | 06/22/1951 |
| Country of Birth  USA | Relationship  Spouse | A #  | Applying with You?  [ ] Yes  [X] No |
| Family Name  none | Given Name  none | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  [ ] Yes  [ ] No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  [ ] Yes  [ ] No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  [ ] Yes  [ ] No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  [ ] Yes  [ ] No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

None

Form I-485 (Rev. 02/07/00)N Page 2

**Part 4.     Signature.**     *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | Graham B  Simpson | 9/8/04 | (510)  525-6705 |

*Please Note:*     *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

**Part 5.     Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | Martha E. Friedberg | 09/08/2004 | (510)  763-2112 |

*Firm Name and Address*     Attorney at Law
1440 Broadway, Suite 615, Oakland, CA  94612

EXHIBIT E

```
        US DHS
     SAN FRANCISCO
  RETAIN THIS RECEIPT

   9:06AM    Sep 14/04
 00-0000 001    SFR-LL
 #04438

 A #        000000000
 Last Name    SIMPSON
 First Name    GRAHAM

 I-485      $315.00
 FP-Fee/FD258 $70.00
 I-130 SPOUSE$185.00
 I-765      $175.00

 XTTL        $745.00
 Check        $70.00
 Check       $175.00
 Check       $185.00
 Check       $315.00

 XOfficialX
 XDocumentX
```

EXHIBIT F

U.S. Department of Homeland Security
630 Sansome Street
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

# Notice of Receipt

Date:     11/12/2004

A No:     98-256-652     / COA:     IR6

Name:          SIMPSON, GRAHAM

Address:       919 SHEVLIN DRIVE

               EL CERRITO, CA 94530

Your Form I-485 Application for Adjustment of Status has been received and accepted. Your interview appointment notice will be mailed to you separately. If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. DO NOT mail documents to this office unless advised to do so.

NOTICE: You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied. You may apply for advance parole to re-enter the United States to continue processing your application.

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use to notify this office of any change of address. Please retain a copy for your records. Failure to notify this office in a timely manner of any change of address may result in denial of your applications for adjustment of status and employment authorization (EAD).

**For: David N. Still, District Director**          www.uscis.gov

DM Form 1 (12/04/03) other editions are obsolete and may no longer be used

EXHIBIT G

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**630 SANSOME STREET**
**SAN FRANCISCO, CALIFORNIA 94111**

MARTHA E. FRIEDBERG
1440 BROADWAY, STE. 615
OAKLAND, CA 94612

FILE NUMBER: A  98 256 652
DATE:  01/07/2005

RE:  GRAHAM SIMPSON

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:  630 SANSOME STREET, ROOM 255
SAN FRANCISCO, CA 94111

DATE AND TIME:  02/09/2005
10 : 30 AM

OFFICER:  D52 HOSHINO
GD3

REASON FOR APPOINTMENT:  APPLICATION FOR ADJUSTMENT OF STATUS

**THIS INTERVIEW WILL BE VIDEO TAPED.**

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- ☒ This letter, all passports, your I-94 arrival/departure form, if any, and INS approval notices and INS issued documents.
- ☒ Current photo I.D and proof of petitioners U.S.Citizenship /Lawful Resident status. PETITIONERS MUST APPEAR IN SPOUSAL CASES.
- ☒ A Current letter of employment for both spouses showing rate of pay and hours per week.
- ☒ The three (3) most current Federal 1040 Tax Returns and W-2's.
- ☒ Evidence supporting bona fides of the marital relationship, e.g. photos, bank stmts., leases, insurance policies, other.
- ☒ Certified, complete court records for any arrests. Original birth/marriage/divorce certificates for you, spouse, children.
- ☒ If you do not wish to surrender originals, bring legible photo copies.

---

DUE TO SECURITY PROCEDURES, PLEASE ARRIVE 30 MINUTES EARLY with a valid
PASSPORT; STATE I.D., OR INS ISSUED VALID EAD OR PERMANENT RESIDENT CARD.
Failure to appear or to bring requested documents may result in delay or denial
of your application. If you do not appear on time you may rescheduled.

If you do not speak English, you must bring a disinterested 3rd party to
interpret, with valid ID (Not attorney or petitioner)

ATTORNEY NOTIFIED:  MARTHA E. FRIEDBERG

PC10

EXHIBIT H

U.S. Department of Homeland Security
San Francisco, CA 94111



*Martha E. Friedberg*

U.S. Citizenship
and Immigration
Services

A 98 250 652          E-11(    )

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.
☐ Visa Availability     ☐ Fingerprints     ☒ Security Clearance(s)     ☐ A-file(s)     ☐ Further Review
☐ Documentation (listed below)     ☐ Other:

IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF NINETY (90) DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR DENIAL OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

*David N Still*

David N. Still
District Director

cc:  *Graham B. Simpson*

PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:

Citizenship and Immigration Service
630 Sansome Street, Room 300
San Francisco, CA  94111
ATTN: E11 /

EXHIBIT I

Department of Homeland Security
San Francisco, CA 94111

*Martha E. Friedberg*

**U.S. Citizenship
and Immigration
Services**

A 98 250 652          E-11(   )

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.
☐ Visa Availability   ☐ Fingerprints   ☒ Security Clearance(s)   ☐ A-file(s)   ☐ Further Review
☒ Documentation (listed below)   ☐ Other:

IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:

*needed•* E2 Nonimmigrants must complete FORM I-508 prior to adjustment of status. Please complete the enclosed FORM.

*2/15/05 I-508 is enclosed*
— *M. Friedberg*

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF NINETY (90) DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR DENIAL OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

*David N. Still*

David N. Still
District Director

cc: *Graham B. Simpson*

PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:

Citizenship and Immigration Service
630 Sansome Street, Room 300
San Francisco, CA 94111
ATTN: E11 /

www.dhs.gov

**EXHIBIT J**



Home   Contact Us   Site Map   FAQ

Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted September 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted September 15, 2007

| Form | Name | Processing Timeframe |
|------|------|---------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | May 13, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | May 13, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | May 30, 2007 |

[ Print This Page ]    [ Back ]

**09-24-2007 07:44 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

<u>PROOF OF SERVICE BY MAIL</u>

I, Zachary Nightingale, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On September 27, 2007, I caused to be served the within:

**DECLARATION OF ZACHARY NIGHTINGALE**

**IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS, AND EXHIBITS**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Civil Process Clerk
> Office of the U.S. Attorney
> Northern District of California
> 450 Golden Gate Avenue,
> Tenth Floor, Box 36055
> San Francisco, CA 94102

Executed on September 27, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Zachary Nightingale
Declarant

Dec. of Nightingale in Support of Petition for Writ of Mandamus    No. _____