Marc Van Der Hout (California Bar # 80778)
Zachary Nightingale (California Bar #184501)
Avantika Shastri (California Bar # 233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioners
Graham SIMPSON, and
Barbara DAVISON

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Graham SIMPSON, and<br>Barbara DAVISON<br><br>    Petitioners,<br><br>    v.<br><br>Robin BARRETT, in her Official Capacity, Field Office Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, San Francisco, California; Rosemary MELVILLE, in her Official Capacity, District Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, San Francisco, California; Emilio T. GONZALEZ, in his Official Capacity, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; Michael CHERTOFF, in his Official Capacity, Secretary, U.S. Department of Homeland Security; Peter D. KEISLER, in his Official Capacity, U.S. Attorney General, U.S. Department of Justice; and Robert S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation<br><br>    Respondents. | Case No. 3:07-cv-05008 JSW<br><br>**PROOF OF SERVICE FOR ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Immigration Case, Administrative Procedure Act Case<br><br>Agency No.: A 98-256-652 |

<u>PROOF OF SERVICE BY MAIL</u>

I, Avantika Shastri, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On October 12, 2007, I caused to be served the within:
**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

| | |
|---|---|
| Robin Barrett<br>Field Office Director<br>USCIS<br>630 Sansome Street<br>San Francisco, CA | Civil Process Clerk<br>Office of the U.S. Attorney<br>Northern District of California<br>450 Golden Gate Avenue,<br>Tenth Floor, Box 36055<br>San Francisco, CA 94102 |
| Rosemary Melville<br>District Director<br>U.S. Citizenship and Immigration Services<br>630 Sansome St.<br>San Francisco, CA 9411 | Emilio T. Gonzalez<br>Director<br>Department of Homeland Security<br>Washington, DC 20528 |
| Michael Chertoff<br>Secretary<br>Department of Homeland Security<br>Washington, DC 20528 | Peter D. Keisler<br>Acting Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave.<br>Washington, DC 20530 |
| Robert S. Mueller, III<br>Director<br>Federal Bureau of Investigation<br>925 Pennsylvania Ave., NW<br>Washington, DC 20535 | |

Executed on October 12, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

/s/
Avantika Shastri
Declarant

PROOF OF SERVICE BY MAIL

I, Avantika Shastri, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On October 12, 2007, I caused to be served the within:
**PROOF OF SERVICE ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

>Civil Process Clerk
>Office of the U.S. Attorney
>Northern District of California
>450 Golden Gate Avenue,
>Tenth Floor, Box 36055
>San Francisco, CA 94102

Executed on October 12, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

/s/
Avantika Shastri
Declarant