1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 GRAHAM SIMPSON, and                    )
   BARBARA DAVISON,                       )   No. C 07-5008 JSW
13                                        )
                 Petitioners,             )
14                                        )
          v.                              )   **STIPULATION TO DISMISS; AND**
15                                        )   **[PROPOSED] ORDER**
   ROBIN BARRETT, in her Official Capacity,)
16 Field Office Director, U.S. Citizenship and)
   Immigration Services, U.S. Department of )
17 Homeland Security, San Francisco, California;)
   ROSEMARY MELVILLE, in her Official     )
18 Capacity, District Director, U.S. Citizenship and)
   Immigration Services, U.S. Department of )
19 Homeland Security, San Francisco, California;)
   EMILIO T. GONZALEZ, in his Official    )
20 Capacity, Director, U.S. Citizenship and)
   Immigration Services, U.S. Department of )
21 Homeland Security;) MICHAEL CHERTOFF,  )
   in his Official Capacity, Secretary, U.S.)
22 Department of Homeland Security; PETER D.)
   KEISLER, in his Official Capacity, U.S.)
23 Attorney General, U.S. Department of Justice;)
   and ROBERT S. MUELLER, III, in his Official)
24 Capacity, Director, Federal Bureau of  )
   Investigation,                         )
25                                        )
                 Respondents.             )
26 _____)

27      Petitioners, by and through their attorney of record, and Respondents, by and through their

28 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

   Stipulation to Dismiss
   C 07-5008 JSW                           1

in light of the adjudication of Petitioner Simpson's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

Dated: December 20, 2007               Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                              /s/
                                       EDWARD A. OLSEN
                                       Assistant United States Attorney
                                       Attorney for Respondents


Dated: December 20, 2007                      /s/
                                       ZACHARY NIGHTINGALE
                                       Attorney for Petitioners


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
                                       JEFFREY S. WHITE
                                       United States District Judge